Name: DU TRUONG NGUYEN
Address: 8583 Irvine Center Dr. #254 Irvine, CA
Phone: (714) 909-9299
Fax:
In Pro Per  plaintiff

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 29 2022

CENTRAL DISTRICT OF CALIFORNIA
BY  DTA  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DU TRUONG NGUYEN

Plaintiff
v.

KENNETH ALAN REED

Defendant(s).

CASE NUMBER:

8:22-cv-01523-FWS-ADS

Request to file an amended complaint

(Enter document title in the space provided above)

party Beneficiary
3. Breach of Contract
4. Breach of Fiduciary Duty
5. Breach of Fiduciary Duty
6. Fraud
7. Unfair competition (violation of Cal. Bus prof. code § 17200)

Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

1  Du-Truong: Nguyen
2  8583 Irvine Center Drive #254
3  Irvine, California [92618]
4  Telephone: (714) 909-9299
5  dunguyen0921@gmail.com
6  Du-Truong: Nguyen, Appears as:
7  Sui Juris

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Du Truong Nguyen, | CASE NO. 8:22-cv-01523-FWS-ADS |
|---|---|
| Plaintiff, | Party Beneficiary |
| | 3. Breach of Contract |
| | 4. Breach of Fiduciary Duty |
| v. | 5. Breach of Fiduciary Duty |
| | 6. Fraud |
| | 7. Unfair Competition (Violation of Cal. Bus. & Prof. Code § 17200) |
| KENNETH ALAN REED et al, | AMENDED |
| Defendant, | COMPLAINT FOR: |
| | 1. Breach of Contract |
| | 2. Breach of Contract/Third |
| | **September 29th, 2022   10:00 A.M.** |
| | LOCATION: ~~First Street Courthouse,~~ |
| | ~~350 West 1st~~ Street, ~~Los Angeles,~~ |
| | ~~California 90012-4565~~ |

1

Plaintiff Du-Truong: Nguyen ("Nguyen") hereby files this Complaint against defendants KENNETH ALAN REED ("REED "), and the Law Offices of KENNETH ALAN REED.

## INTRODUCTION

This action is about the avaricious disregard of the attorney-client relationship, and of promises of Fiduciary Duty and belief of competence, and sufficient assistance of counsel and adhering to KENNETH ALAN REED ethical obligations and contractual agreements.

As it clearly states in the CALIFORNIA JUDICIAL CONDUCT HANDBOOK chapter 1 §1.11 In the use of the word "judge" I generally mean all judicial officers. In this book I will be using the word "judge" to mean any form of judicial official who is bound by the Code of Judicial Ethics. There will be occasions where the rules may be different for various judicial officers; in those cases, does not ATTORNEY KENNETH ALAN REED have to follow the same CODE of CONDUCT being an officer of the court. And the use of the word "code" and "canon." Unless otherwise noted, the text of the Handbook will use the words "code'.' and "canon" to refer to the California Code of Judicial Ethics and canons therein. While ATTORNEY KENNETH ALAN REED who appeared regularly in the JUDGE OTIS D. WRIGHT II'S courtroom was privy to the financial scheme and actually participated in this financial scheme by not reporting this financial scheme which ATTORNEY KENNETH ALAN REED had a Fiduciary Duty and responsibility to report such activity and since ATTORNEY KENNETH ALAN REED chose not to report any of this information shows that ATTORNEY KENNETH ALAN REED has been complacent in adding and abetting and also participating in these very illegal activities which are all violations to Executive Order 13818—Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption in which the whole CASE#'S 15-CR-0662, 16-CR-0166 has been about whereas under 40 USC 3112 FEDERAL JURISDICTION any exclusive jurisdiction has been rebutted and no Foreign Agents Registration Act (FARA) CERTIFICATIONS has ever been provided by any of the participating parties in this matter namely ATTORNEY KENNETH ALAN REED which means that ATTORNEY KENNETH ALAN REED has been operating on this land

1 without under ROMAN LAWS guided by the CABAL. Under TITLE 40 PUBLIC
2 BUILDINGS, PROPERTY, AND WORKS and under this provision once again subject
3 matter and jurisdiction has been challenged and also once again under

### §3112. Federal jurisdiction

(a) Exclusive Jurisdiction Not Required. -It is not required that the Federal Government obtain exclusive jurisdiction in the United States over land or an interest in land it acquires.

(b) Acquisition and Acceptance of Jurisdiction.-When the head of a department, agency, or independent establishment of the Government, or other authorized officer of the department, agency, or independent establishment, considers it desirable, that individual may accept or secure, from the State in which land or an interest in land that is under the immediate jurisdiction, custody, or control of the individual is situated, consent to, or cession of, any jurisdiction over the land or interest not previously obtained. The individual shall indicate acceptance of jurisdiction on behalf of the Government by filing a notice of acceptance with the Governor of the State or in another manner prescribed by the laws of the State where the land is situated.

(c) Presumption. -It is conclusively presumed that jurisdiction has not been accepted until the Government accepts jurisdiction over land as provided in this section.

( Pub. L. 107–217, Aug. 21, 2002, 116 Stat. 1144 .)

And once again it is clear we can see that subject matter and jurisdiction has been challenged in the above and titled Court case 15-CR-0662, 16-CR-0166 all of which ATTORNEY KENNETH ALAN REED and THE LAW OFFICE OF KENNETH ALAN REED was hired in the first place and upon our signed retainer agreement I believed that I would receive adequate representation. Instead, ATTORNEY KENNETH ALAN REED chose to participate in violations to Executive Order 13818—Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption and denying the access to one's Estate property and funds.

Please let the record reflect any one who is caught committing treasonous Acts of Human rights abuse and corruption which is punishable by execution If the person is convicted of child sex trafficking, or crimes against humanity, they will be executed. It they are convicted of treason they will be executed. We have a preponderance of evidence to support these serious violations Executive Order 13818—Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption which has been clearly documented in the above Court case's 15-CR-0662, 16-CR-0166 which are currently trading the STOCK MARKET Hence the request to go in CHAMBERS or IN-CAMERA or a PRIVATE HEARING for the FINAL SETTLEMENT which the Flesh and Blood Living man Du Truong Nguyen is titled too by way of his Estate and Trust since he is the Original Source of these funds and since these funds where derived from a forged signature of the Flesh and Blood Living man Du Truong Nguyen which has up to at least 8 different securities currently trading on the stock market and maybe up too at least of a total of 40 different securities trading on the stock market and every document created by KAREN IRENE MEYER (KIM) is trading on the stock market for example the

WARRANT FOR ARREST UNDER SEAL is trading on the stock market, and the EXEMPLIFIED CERTIFICATE is also trading on the stock market, and the INDITEMENT is trading on the stock market with this preponderance of evidence and ATTORNEY KENNETH ALAN REED and the LAW OFFICE OF ATTORNEY KENNETH ALAN REED should have discovered all of this back in 2015 seven years ago but instead ATTORNEY KENNETH ALAN REED advised me to take a deal even though I Flesh and Blood Living man Du Truong Nguyen has no criminal record and no criminal background to base any of these claims against the Estate.

ATTORNEY KENNETH ALAN REED was given A CERTIFICATION OF INTERESTED PARTIES has been submitted in this matter for all named parties to fully disclose any and all financial interests. And ATTORNEY KENNETH ALAN REED never disclosed any financial interests that he might have in this matter but ATTORNEY KENNETH ALAN REED has refused to provide any of his financial interests in this matter and the Facts Presented to ATTORNEY KENNETH ALAN REED Were Insufficient to Support a Charge of 18 U.S.C § 1956(H), Conspiracy to Launder Monetary Instruments; 18 U.S.C. 1956 (A) (3) (b), Laundry of Monetary Instruments; 18 U.S.C. § 2 (a), Aiding and Abetting; 18 U.S.C. § 982 (a) (1) Criminal Forfeiture which supports ORDER TO DISMISS AND MEMORANDUM IN SUPPORT FOR LACK OF PROBABLE CAUSE AND FOR CHARGES LACKING ANY STATUTORY BASIS. Which ATTORNEY KENNETH ALAN REED chose to ignore and aid and abet.

Is the court not going to openly participate in Violations to EXECUTIVE ORDER 13818 and be known participants to blocking persons funds and be willing participants in human trafficking where anyone caught aiding or abetting ATTORNEY KENNETH ALAN REED will also be prosecuted under the same above provisions.

## Conclusion

ATTORNEY KENNETH ALAN REED has openly and knowingly participated in the above actions against Du-Truong: Nguyen, ATTORNEY KENNETH ALAN REED, has not returned the $60,000.00 that was paid to him which now has grown to $210,000.00 and now subject to an INVOICE OF TRANSGRESSION OF RIGHTS IN THE AMOUNT OF $7,850,000.00 for his compliance and participation and INSUFFICIENT ASSISTANCE OF COUNCIL, BREACH OF FIDUCIARY DUTY, and BREACH OF CONTRACT.

4

Dated September 29th, 2022

Respectfully submitted:

_____

Du-Truong: Nguyen, Plaintiff In propria persona